# EXHIBIT A

**IN THE IOWA DISTRICT COURT IN AND FOR CLINTON COUNTY**

| | |
|---|---|
| STANLEY PATASKA AND ROCHELLE PATASKA,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN RIVER TRANSPORTATION CO., LLC,<br><br>Defendant. | Case No. _____<br><br><br>**PETITION AT LAW**<br>**&**<br>**JURY DEMAND** |

Plaintiffs, for their cause of action against Defendant, states:

## GENERAL ALLEGATIONS

1. Plaintiffs, Stanley Pataska and Rochelle Pataska, are husband and wife and are residents of Jackson County, Iowa.

2. At all times relevant, Defendant, American River Transportation Co., LLC (hereinafter "ARTCO") is a limited liability company organized under the laws of the State of Delaware. ARTCO is registered to do business in the State of Iowa with its registered agent, C T Corporation System, 400 E. Court Avenue, Des Moines, IA 50309.

3. At all times relevant, Stanley Pataska was employed as a truck driver by Farrell's Trucking II, Inc., (hereinafter "Farrell's Trucking"). Farrrell's Trucking is engaged in the business of providing trucking, shipping and delivery services.

4. On June 7, 2022, Stanley Pataska during the course of his employment with Farrell's Trucking, drove a truck and flatbed trailer owned by Farrell's Trucking to ARTCO's Camanche, Iowa warehouse location in order to pick up a load of aluminum blocks, with each individual block weighing between 1500 and 2000 lbs.

5. Prior to June 7, 2022, Stanley Pataska had made approximately 100 similar pickups at ARTCO as an employee of Farrell's Trucking. The pickups involved an employee or agent of ARTCO loading the aluminum blocks onto the flatbed trailer. A fork truck was used to load the aluminum blocks.

6. In the pickups prior to June 7, 2022, the process of loading the aluminum blocks onto the flatbed involved Plaintiff helping the ARTCO forklift driver position the aluminum blocks on the flatbed by giving verbal directions as the ARTCO forklift set the aluminum blocks onto the flatbed trailer.

7. Prior to June 7, 2022, Farrell's Trucking was picking up aluminum blocks at ARTCO in Camanche almost daily and picking up several loads each day. It was common practice for Farrell's Trucking employees to help ARTCO forklift drivers position aluminum blocks onto flatbed trailers.

8. On June 7, 2022, Stanley Pataska went to ARTCO in Camanche as an employee of Farrell's Trucking to pickup a load of aluminum blocks. The forklift driver picked up two aluminum blocks and the blocks were stacked. As the forklift driver was backing up and turning, the aluminum block on the top of the stack slid off the forklift and hit the ground and then landed on Plaintiff's right foot.

9. On June 7, 2022, Stanley Pataska suffered a crush injury to his right foot caused by the aluminum block landing on his right foot. He was hospitalized for 12 days and required surgery including a reconstruction of his right foot. Stanley Pataska has had extensive medical care in addition to being hospitalized.

10. Stanley Pataska has permanent injury caused by the aluminum block crushing his right foot on June 7, 2022.

## JURISDICTION AND VENUE

11. This Court has subject matter jurisdiction over this action and personal jurisdiction over each of the parties hereto.

12. Venue is proper in this Court as provided in § 616.18 of the Code of Iowa (2021) as the injury occurred and the damages were sustained in Clinton County, Iowa.

## COUNT I
## NEGLIGENCE

13. Paragraphs 1 through 12 of this Petition are incorporated by reference herein.

14. At all times relevant, Defendant ARTCO knew, or should have known, that the use of a forklift for loading aluminum blocks created an unreasonable safety hazard to persons working on or in the vicinity of the subject forklift.

15. At all times relevant, Defendant ARTCO, knew, or should have known, that the use and operation of a forklift to load aluminum blocks created a peculiar risk of harm and occupational safety hazard to persons such as Plaintiff working on or near the vicinity of the subject forklift.

16. At all times relevant, Defendant ARTCO, had a duty to ensure its use and operation of a forklift be completed in a safe and workmanlike manner.

17. At all times relevant, Defendant ARTCO, had a duty to avoid creating and/or causing any hazardous condition while performing its loading work in the subject area.

18. Notwithstanding the aforementioned duties, Defendant ARTCO, individually and through employees, contractors, agents and/or others acting under its direction and control, was negligent and/or breached its duties in one or more of the following ways:

    a. Failed to use ordinary care while operating its forklift in the subject area;

    b.    Failed to properly train its employees, agents, and others acting under its direction on safe and proper loading practices;

    c.    Failed to ensure its operators were loading aluminum blocks onto a flatbed trailer in a safe and workmanlike manner;

    d.    Knowingly placed Plaintiff in a zone of danger without necessary and reasonable protection or precautions;

    e.    Caused and/or created a hazardous condition as a result of its careless and/or negligent work in the subject area;

    f.    Failure to warn of known or knowable safety hazards relating to the use of a forklift to load aluminum blocks;

    g.    Failure to secure the aluminum blocks onto the forklift to prevent the blocks from sliding off the forklift;

    h.    Failure to properly supervise its employees, agents, and others acting under its direction while loading the aluminum blocks onto the flatbed trailer;

    i.    Failure to require that one aluminum block at a time be picked up by the forklift;

    j.    In such other ways as the evidence may show.

19.    ARTCO is vicariously liable for its employees, contractors, agents, and others acting under its direction and control.

20.    ARTCO's negligence caused Stanley Pataska to sustain significant personal injuries and damages:

    a.    Past medical expenses;
    b.    Future medical expenses;
    c.    Past loss of full mind and body;
    d.    Future loss of full mind and body;
    e.    Past physical pain and suffering;
    f.    Future physical pain and suffering;
    g.    Past mental and emotional pain and suffering;
    h.    Future mental and emotional pain and suffering;
    i.    Past loss of income and wages; and
    j.    Future loss of income and wages.

WHEREFORE, Stanley Pataska prays for judgment against ARTCO in such an amount that will reasonably compensate him for his injuries and losses, which sum is in excess of the minimal jurisdictional requirements of this Court, for the cost of this action, and for such additional and further relief as may be just and equitable.

## COUNT II
## LOSS OF CONSORTIUM

21.   Paragraphs 1 through 20 are incorporated herein by reference.

22.   Plaintiff Rochelle Pataska's damages, injuries and harms include but are not limited to the past and future loss of society, companionship, support and consortium of her husband, plus other past and future damages.

WHEREFORE, Plaintiff Rochelle Pataska prays for judgment against ARTCO in such an amount that will reasonably compensate him for his injuries and losses, which sum is in excess of the minimal jurisdictional requirements of this Court, for the cost of this action, and for such additional and further relief as may be just and equitable.

## JURY DEMAND

Plaintiffs respectfully demand a trial by jury.

## CERTIFICATION OF JURISDICTIONAL REQUIREMENTS
## FOR AMOUNT IN CONTROVERSY

Pursuant to Iowa Code § 619.18, the undersigned hereby certifies that money damages meet the applicable jurisdictional requirements for this case to be tried before a District judge.

RESPECTFULLY SUBMITTED,

By:   /s/ Brian D.W. Spannagel
Brian D.W. Spannagel     AT0010087
Bradley T. Boffeli       AT0010247
BOFFELI & SPANNAGEL, P.C.
800 Locust Street
Dubuque, Iowa 52001
Telephone: (563) 556-0078
Facsimile: (563) 582-6126
Email: brian@boffspanlaw.com

ATTORNEYS FOR PLAINTIFF

Original filed.
Copies via EDMS.