# EXHIBIT B



**POLK COUNTY SHERIFF'S OFFICE**

Civil Division | 222 – 5th Avenue Des Moines, IA, 50309

**SHERIFF KEVIN J. SCHNEIDER**

Sheriff's Office (515) 286-3940 | Fax (515) 286-3410

# RETURN OF SERVICE
### In the IA District Court for CLINTON COUNTY COURT

STANLEY PATASKA   VS   AMERICAN RIVER TRANSPORTATION CO LLC

Sheriff #: 23003422
Case #: LACV048811
Received: 1/27/2023
Service Number: 162772

**STATE OF IOWA POLK COUNTY } §**

I certify that I served a copy of:
X ONP/Jury Demand

On: 1/30/2023 10:35:00 AM
To: AMERICAN RIVER TRANSPORTATION CO LLC by delivering a copy to JOEL KISSELL
a person at least 18 years of age described as REGISTERED AGENT
Manner Served: REGISTERED AGENT
Address of Service: 400 E Court Ave #110, Des Moines, IA 50309
Notes:

**Attempts**

Date: 1/30/2023 10:35:00 AM
Address: 400 E Court Ave #110, Des Moines, IA 50309
Note:

| **FEES** | Kevin J Schneider, Sheriff of Polk County, Iowa |
|---|---|
| **Total: $62.62** | *(signature)* |
|  | Deputy/Server: Patrick Adamovicz |

Entered by Janet Lose - 1/31/2023 9:49:17 AM.