## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ROCHELLE K. PATASKA AS EXECUTOR OF THE ESTATE OF STANLEY D. PATASKA, DECEASED; and ROCHELLE K. PATASKA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN RIVER TRANSPORTATION CO., LLC, AND ARCHER-DANIELS-MIDLAND COMPANY,<br><br>Defendants. | CASE NO. 3:23-cv-00012-SMR-WPK<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Rochelle K. Pataska, as Executor of the Estate of Stanley D. Pataksa, deceased, and Rochelle K. Pataska, individually, and Defendants American River Transportation Co., LLC and Archer-Daniels-Midland Company, by and through undersigned counsel, hereby stipulate that and all claims against all defendants are hereby dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

[signature block next page]

Dated: July 29, 2024

| **BOFFELI & SPANNAGEL** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| */s/ Brian D.W. Spannagel*  (with permission) | */s/ Abdullah M. Azkalany* |
| Brian D.W. Spannagel  Bradley T. Boffeli  800 Locust Street  Dubuque, Iowa 52001  Telephone: (563) 556-0078  Facsimile: (563) 582-6126  Email: brian@boffspanlaw.com | Jacob D. Bylund, AT0001399  *jacob.bylund@faegredrinker.com*  Abdullah M. Azkalany, AT0014229  *Abdullah.azkalany@faegredrinker.com*  801 Grand Avenue, 33rd Floor  Des Moines, IA 50309  Telephone: (515) 447-4708  Facsimile: (515) 248-9010 |
| **ATTORNEYS FOR PLAINTIFFS** | Ruben I. Gonzalez *  ruben.gonzalez@faegredrinker.com  320 S. Canal Street. Ste 3300  Chicago, IL 60606  Telephone: (312) 212-6500  Facsimile: (312) 212-6501  *admitted pro hac vice |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, a true and accurate copy of the foregoing document was filed with the Court's CM/ECF system, causing an electronic copy to be served on all parties of record.

/s/ Liz Blaschko